**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

MERAB PIPIIA                                          CIVIL ACTION NO. 26-1021-P

VERSUS                                                JUDGE S. MAURICE HICKS, JR.

WARDEN WINN CORRECTIONAL                              MAGISTRATE JUDGE WHITEHURST
CENTER, ET AL.

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner Merab Pipiia's Petition for Habeas Corpus (Record Document 1) is **GRANTED**. Respondents, and the Warden of Winn Correctional Center, shall release Petitioner as soon as reasonably possible and must notify the Court of Petitioner's release within 24 hours of Petitioner's release via email: motions_hicks@lawd.uscourts.gov.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 2nd day of July, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE